1  BORIS FELDMAN, State Bar No.128838
   LEO P. CUNNINGHAM, State Bar No. 121605
2  DANIEL W. TURBOW, State Bar No. 175015
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email:  dturbow@wsgr.com
6
   Attorneys for Defendants
7  LEAPFROG ENTERPRISES, INC.,
   TIMOTHY M. BENDER, JAMES P.
8  CURLEY, MARK B. FLOWERS, THOMAS J.
   KALINSKE, ROBERT W. LALLY, JAMES L.
9  MARGGRAFF, PAUL A. RIOUX and
   MICHAEL C. WOOD
10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION                *E-FILED - 10/5/05*

14  In re LEAPFROG ENTERPRISES, INC.,   )   No. C-03-05421 (RMW)
    SECURITIES LITIGATION               )   And Related Cases
15                                      )
                                        )   CLASS ACTION
16                                      )
                                        )   **STIPULATION AND**
17                                      )   **ORDER VACATING OCTOBER 14,**
                                        )   **2005 CASE MANAGEMENT**
18  This Document Relates to:           )   **CONFERENCES**
                                        )
19      All Actions.                    )   DATE:   October 14, 2005
                                        )   TIME:   10:30 a.m.
20                                      )   JUDGE:  The Honorable Ronald M.
                                        )   Whyte
21                                      )

1  WHEREAS, on August 29, 2005, the Court issued an Order re Clerk's Notice of Setting

2 Case Management Conference for October 14, 2005 in the action entitled *The Parnassus Fund,*

3 *et al. v. Curley, et al.*, C-05-01695-RMW ("*Parnassus*");

4  WHEREAS, on August 29, 2005, the Court issued a similar notice setting a Case

5 Management Conference on October 14, 2005 in the action *Gentry et al. v. Curley, et al.*, C-05-

6 02279-RMW ("*Gentry*");

7  WHEREAS, on July 5 and 27, 2005, the Court issued orders relating the *Parnassus* and

8 *Gentry* actions to the actions consolidated by the Court in its March 31, 2005 order in the instant

9 *In re LeapFrog Enterprises, Inc., Securities Litigation*, No. C-03-05421 (RMW) ("*Miller*") (the

10 *Miller* consolidated action and the *Parnassus* and *Gentry* actions are collectively referred to

11 herein as the "LeapFrog Class Actions");

12  WHEREAS, the Court's orders of July 5 and 27 also directed that notice be published to

13 members of the putative class of plaintiffs alleged in the Consolidated Complaint filed in *Miller*

14 on June 17, 2005, and providing such putative class members with an opportunity to move to be

15 appointed lead plaintiff within 60 days of such notice;

16  WHEREAS, in accordance with the Court's orders of July 5 and 27, notice to the putative

17 class members was published on August 2, 2005, and the deadline for any plaintiff in the

18 LeapFrog Class Actions to move to be appointed lead plaintiff is October 3, 2005; and

19  WHEREAS, because the lead plaintiff issues and the pleadings have not yet been settled,

20 the parties believe that it would not be efficient to have the Case Management Conferences in the

21 *Parnassus* and *Gentry* actions on October 14, 2005, and believe that the Case Management

22 Conferences should be vacated until after the pleadings are settled.

23  NOW THEREFORE, it is stipulated and agreed by the parties to the *Parnassus* and

24 *Gentry* actions, by and through their counsel of record and subject to the approval of the Court,

25

26

27

28 / / /

1  that the October 14, 2005 Case Management Conferences should be vacated until after the

2  pleadings are settled in the LeapFrog Class Actions and until further notice from the Court.

3  Dated: September 2, 2005            WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation
4

5                                      By:   /s/ Daniel W. Turbow
                                             Daniel W. Turbow
6
                                       Counsel for Defendants
7

8  Dated: September 2, 2005            COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
9                                      Catherine A. Torell
                                       Elizabeth Berney
10                                     150 East 52nd Street, Thirtieth Floor
                                       New York, NY  10022
11                                     Telephone: (212) 838-7797
                                       Facsimile: (212) 838-7745
12                                     Email:  eberney@cmht.com

13
                                       By:   /s/ Elizabeth Berney
14                                           Elizabeth Berney

15
                                       COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
16                                     Steven J. Toll
17                                     Matthew K. Handley
                                       1100 New York Avenue, N.W.
18                                     West Tower, Suite 500
                                       Washington, DC  20005
19                                     Telephone: (202) 408-4600
                                       Facsimile: (202) 408-4699
20                                     Email:  stoll@cmht.com

21                                     - and -

22                                     BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
23                                     Joseph J. Tabacco, Jr.
                                       Christopher T. Heffelfinger
24                                     425 California Street, Suite 2100
                                       San Francisco, CA  94104-2205
25                                     Telephone: (415) 433-3200
                                       Facsimile: (415) 433-6382
26                                     Email:  jtabacco@bermanesq.com

27                                     Counsel for Plaintiffs
                                       The Parnassus Fund And The Parnassus Equity
28                                     Income Fund

| | | |
|---|---|---|
| 1 | Dated: September 2, 2005 | SCOTT + SCOTT, LLC |
| 2 | | Arthur L. Shingler III |
| | | 401 B Street, Suite 307 |
| 3 | | San Diego, CA  92101 |
| | | Telephone:  (619) 233-4565 |
| 4 | | Facsimile:  (619) 233-0508 |
| | | Email:  ashingler@scott-scott.com |

By:     /s/ Arthur L. Shingler III
              Arthur L. Shingler III

Counsel for Plaintiffs Fredde Gentry and Jason Kang

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  10/5/05                    /S/ RONALD M. WHYTE
                                   The Honorable Ronald M. Whyte
                                   United States District Judge

1  I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Vacating October 14, 2005 Case Management
3 Conferences.  In compliance with General Order 45.X.B, I hereby attest that Elizabeth Berney
4 and Arthur L. Shingler III have concurred in this filing.

5 Dated:  September 2, 2005          WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
6

7
                                     By:    /s/ Daniel W. Turbow
8                                            Daniel W. Turbow

9                                    Counsel for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER VACATING OCTOBER 14, 2005 CASE MANAGEMENT CONFERENCES**

☒  By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

See attached Service List

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on September 2, 2005.

      /s/ Franchette Garcia
Franchette Garcia

# SERVICE LIST

| | |
|---|---|
| *  Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>**Berman DeValerio Pease Tabacco Burt & Pucillo**<br>425 California Street, Suite 2025<br>San Francisco, CA  94104<br>Email:  jtabacco@bermanesq.com<br>cheffelfinger@bermanesq.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| **  Steven J. Toll<br>Matthew K. Handley<br>**Cohen Milstein, Hausfeld & Toll, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Email:  stoll@cmht.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| **  Catherine A. Torell<br>Elizabeth Berney<br>**Cohen Milstein, Hausfeld & Toll, P.L.L.C.**<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY  10022<br>Email:  ctorell@cmht.com<br>eberney@cmht.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| *  David R. Scott<br>Arthur L. Shingler III<br>**Scott + Scott, LLC**<br>401 B Street, Suite 307<br>San Diego, CA  92101<br>Email:  drscott@scott-scott.com<br>ashingler@scott-scott.com | Attorneys for Plaintiffs Fredde Gentry and Jason Kang |
| *  Patrick J. Coughlin<br>Kimberly C. Epstein<br>Christopher P. Seefer<br>Luke O. Brooks<br>**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Email: patc@lerachlaw.com<br>kimcor@lerachlaw.com<br>chriss@lerachlaw.com<br>LukeB@lerachlaw.com | Attorneys for Plaintiff Jerry Miller<br><br>Attorneys for Plaintiff Carolee Ornelas |

///

| | | |
|---|---|---|
| 1 | | |
| 2 | *  William S. Lerach<br>Darren J. Robbins | Attorneys for Plaintiff Jerry Miller |
| 3 | **Lerach Coughlin Stoia Geller Rudman & Robbins LLP** | Attorneys for Plaintiff Carolee Ornelas |
| 4 | 401 B Street, Suite 1700<br>San Diego, CA  92101-4297 | |
| 5 | Email:  wsl@lerachlaw.com<br>darrenr@lerachlaw.com | |
| 6 | *  Laurence D. King | Attorneys for Marc Abrams |
| 7 | Linda M. Fong<br>**Kaplan Fox & Kilsheimer LLP** | |
| 8 | 555 Montgomery St., Suite 1501<br>San Francisco, CA  94111 | |
| 9 | Email:  lking@kaplanfox.com<br>lfong@kaplanfox.com | |
| 10 | *  Lionel Z. Glancy | Attorneys for Arlene E. Medlyn |
| 11 | Peter A. Binkow<br>Michael M. Goldberg | |
| 12 | **Glancy Binkow & Goldberg LLP**<br>1801 Avenue of the Stars, Suite 311 | |
| 13 | Los Angeles, CA  90067<br>Email:  info@glancylaw.com | |
| 14 | *  Solomon B. Cera | Attorneys for Plaintiff Carol N. Weil |
| 15 | Gwendolyn R. Giblin<br>**Gold Bennett Cera & Sidener, LLP** | |
| 16 | 595 Market Street, Suite 2300<br>San Francisco, CA  94105 | |
| 17 | Email:  scera@gbcsf.com<br>ggiblin@gbcsf.com | |
| 18 | *  Marc S. Henzel | Attorneys for Plaintiff Carol N. Weil |
| 19 | **Law Offices of Marc S. Henzel**<br>273 Montgomery Avenue, Suite 202 | |
| 20 | Bala Cynwyd, PA  19004<br>Email:  mhenzell182@aol.com | |
| 21 | | |
| 22 | * Denotes service via Electronic Case Filing system. | |
| 23 | ** Denotes service via U.S. Mail | |